# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

130526(70)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
Robert P. Young, Jr.
      Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

    SC: 130526
    COA: 254284
    Wayne CC: 03-001038-02

QUENTIN JOHNSTON,
      Defendant-Appellant.

_____/

      By order of July 19, 2006, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals was granted, 475 Mich 907 (2006). Counsel for the defendant, John F. Royal and Cornelius Pitts, have filed a motion to withdraw as counsel, citing financial hardship. On order of the Court, the motion to withdraw as counsel is GRANTED. MCR 7.316(A)(7).

      We further ORDER the Wayne Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint John F. Royal to represent the defendant in this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

p1023